UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x
:
JAMAAL WILLIAMS :
d/b/a DWEEB LIFESTYLE : Civil Action No. 1:12-cv-01656
350 Galloway St. NE, T11 :
Washington, DC 20011 :
:
        Plaintiff, :
:
  -against- :
:
JOSEPH EMMANUEL BLANCHE :
d/b/a CBNC a/d/b/a Chubby Boob Nerd Crew :
2020 N. Main St. #12 :
Los Angeles, CA 90031 :
:
        Defendant. :
------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**
**PURSUANT TO RULE 41(a)(1)(A)(i)**

    Based on a settlement reached between the parties, plaintiff Jamaal Williams, by and through his counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice and without costs.

**DATED**: March 27, 2013
       Washington, D.C.

                              Respectfully submitted,

                              By: /s/ Michael P. Lewis

                              Michael P. Lewis, Esq., DC 503311
                              The Lewis Firm PLLC
                              1225 15th Street NW
                              Washington, DC 20005
                              Tel: (202) 630-6006
                              Fax: (888) 430-6695
                              mlewis@lewis-firm.com

Justin S. Stern, Esq.
The Comber Law Group
132 East 43rd Street, #338
New York, NY 10017
Tel: (917) 584-4766
justinsstern@gmail.com

*Attorneys for the Plaintiff*
*Jamaal Williams*